■ NEW YORK STATE CLUB ASSOCIATION, INC., Appellant, v CITY OF NEW YORK et al., Respondents. — Order, Supreme Court, New York County (Edward Greenfield, J.), entered on

December 7, 1984, unanimously affirmed, without costs and without disbursements. The grant of a preliminary injunction would be premature inasmuch as rules have not been promulgated by the city Human Rights Commission. No opinion. Concur — Kupferman, J. P., Ross, Carro and Bloom, JJ.